# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.

CORAN D. SMITH,

          Defendant.

Case No. 25-CR-106-3-JPS

**ORDER**

On May 28, 2025, the Grand Jury returned a six-count indictment, charging Defendant Coran D. Smith ("Defendant") with two counts of bank fraud in violation 18 U.S.C. §§ 1344(1), 1344(2), and 2(a) and one count of aggravated identity theft in violation of 18 U.S.C. §§ 1028A and 2(a). ECF No. 1. On June 15, 2026, the parties filed a plea agreement, indicating that Defendant agreed to plead guilty to aiding and abetting bank fraud and aggravated identity theft, with the remaining count to be dismissed at the time of sentencing. ECF No. 68.

On June 29, 2026, the parties appeared before Magistrate Judge Stephen C. Dries to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 70. Defendant entered a plea of guilty as to 18 U.S.C. 1028(a)(7). *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id.*; ECF No. 69.

On June 29, 2026, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 70. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 70, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 15th day of July, 2026.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge